THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON KEITH TAYLOR<br><br>Defendant. | No. 2:17-cr-00229-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS |

This Court, having considered the Motion to Continue Trial Date and Pretrial Motions Deadline filed by Defendant Taylor, and the pleadings related thereto, does hereby grant the motion. The Court finds that due to the unusual amount of discovery and complexity of this case, the requested continuance is necessary to allow defense counsel a reasonable time to effectively prepare for trial, and to file pretrial motions. A failure to grant the requested motion might result in a miscarriage of justice. 18 U.S.C. §18 U.S.C. §§ 3161(h)(7)(B)(i), (ii) and (iv).

This Court ORDERS as follows:

The trial date is continued from January 8, 2018 to May 7, 2018. The deadline for filing pre-trial motions is continued from November 27, 2017 to March 9, 2018. The time between the date of this Order and the new trial date is excludable pursuant to 18 U.S.C. § 3161.

[PROPOSED] ORDER GRANTING MOT. TO
CONT. TRIAL DATE AND PRETRIAL
MOTIONS (No. 2:17-cr-00229-JLR)
127990-0001/LEGAL137606877.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1 | DATED 13 Nov., 2017

_____
Hon. James L. Robart
United States District Judge

Presented by:

*s/ Thomas W. Hillier, II*
Thomas W. Hillier, II, WSBA No. 5193
THillier@perkinscoie.com

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant Jason Keith Taylor

[PROPOSED] ORDER GRANTING MOT. TO
CONT. TRIAL DATE AND PRETRIAL
MOTIONS (No. 2:17-cr-00229-JLR)
127990-0001/LEGAL137606877.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000